# United States District Court

## Southern District of Georgia

Katia Gauthier
Individually and as Administrator
of the Estate of Peter Gauthier, et al.
Plaintiff

v.

Hard to Stop LLC, et al.

Defendant

Case No.   6:20-cv-00093-RSB-CLR

Appearing on behalf of

Defendant Total Quality Logistics, LLC

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 16th day of March, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER:   Lea C. Dearing

Business Address:   Berman Fink Van Horn P.C.
                    Firm/Business Name

3475 Piedmont Road, NE
Street Address

| Suite 1100 | Atlanta | GA | 30305 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

Mailing Address (if other than street address)

| | | | |
|---|---|---|---|
| Address Line 2 | City | State | Zip |

678-681-6014                       922882
Telephone Number (w/ area code)    Georgia Bar Number

Email Address:   ldearing@bfvlaw.com