IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| KATRIA GAUTHIER, Individually and as Administrator of the estate of Peter Gauthier, and as Parent and Natural Guardian of minors D.G. and N.G., <br><br> Plaintiffs, <br><br> v. <br><br> HARD TO STOP LLC; RONALD BERNARD SHINGLES; GREAT WEST CASUALTY COMPANY; TOTAL QUALITY LOGISTICS, LLC; SCOTTSDALE INSURANCE COMPANY; OWNERS INSURANCE COMPANY; AUTO-OWNERS INSURANCE COMPANY; AUTO-OWNERS SPECIALTY COMPANY, <br><br> Defendants. | CIVIL ACTION NO.: 6:20-CV-93 |

## ORDER ON REMAND

In a prior Order, this Court issued a ruling instructing the parties to supplement their Joint Statement Regarding Jurisdiction to properly establish the citizenship of Total Quality Logistics, LLC ("Total Quality"). (Doc. 85.) The Joint Statement was before the Court following an order from the Eleventh Circuit Court of Appeals remanding the case "for the limited purpose of determining the parties' citizenship to establish whether diversity jurisdiction existed." (Doc. 75.)

In the prior Order, the Court found that the Joint Statement and supporting materials adequately demonstrated the citizenship of all the parties except for Total Quality, which is a limited liability company that is comprised of three members: KGBO Holdings, Inc.; MJZ Holdings, LLC; and KMB Holdings, LLC. (Doc. 82, p. 7.) The Court found no issue concerning

the citizenship of KGBO Holdings, Inc. or MJZ Holdings, LLC, but took issue with the sufficiency of the assertions and evidence regarding the citizenship of KMB Holdings, LLC.[1] (Doc. 85, pp. 7–9.) The Joint Statement provided that "KMB Holdings, LLC's members are Kerry Byrne and Margaret Byrne, who are both individuals domiciled in Ohio." (Doc. 82, p. 8.) However, that statement was directly contradicted by Kerry Byrne's sworn declaration, in which he testified that KMB Holdings, LLC, is made up of two members: Kerry Byrne and an Ohio trust (the "Trust"). (Doc. 83-3, p. 3.) Furthermore, Byrne's declaration failed to state the type of trust and simply stated that the Trust is "an Ohio trust of which [his] wife[, Margaret Byrne,] is the sole beneficiary." (Id.) Total Quality has now supplemented its previous submission with a new declaration from Kerry Byrne, dated May, 5, 2023, clarifying that, during all relevant times, he, the Trust, and Margaret Byrne were the sole members of KMB Holdings, LLC. (See doc. 86-1, p. 3.) He reiterates that Margaret Byrne is the sole beneficiary of the Trust, and he adds that his "brother, Robert, also an Ohio resident . . . from prior to August 20, 2[0]20 through February 19, 2021," is the sole Trustee of the Trust. (Id.) In light of the supplemental declaration, Total Quality argues that, "no matter the type or nature of the Trust[,] it is also considered an Ohio domiciliary for purposes of diversity jurisdiction." (Doc. 86, p. 1.)

As a general rule, "[a] 'traditional trust' holds the citizenship of its *trustee*, not of its beneficiaries." Alliant Tax Credit 31, Inc v. Murphy, 924 F.3d 1134, 1143 (11th Cir. 2019). By contrast, "[a] business trust . . . is an unincorporated entity capable of bringing suit in its own name" and "possesses the citizenship of its member-beneficiaries." Hensley v. Westin Hotel, No. 1:19-CV-03846-SDG, 2023 WL 2759038, at *3 (N.D. Ga. Mar. 30, 2023) (citing Americold

---

[1] A limited liability company ("LLC") "is a citizen of any state of which a member of the company is a citizen." Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004).

Realty Tr. v. Conagra Foods, Inc., 577 U.S. 378, 382–83 (2016)). Thus, if the Trust is a business trust, it takes the citizenship of its sole beneficiary, Margaret Byrne, who was a citizen of Ohio at all relevant times. Conversely, if the Trust is a traditional trust, it takes the citizenship of its sole trustee, Robert Byrne,[2] who was likewise a citizen of Ohio at all relevant times.[3] Accordingly, the Court finds that, whether the Trust is a traditional or business trust, it was, at all relevant times, a citizen of Ohio. Given that all three members of KMB Holdings, LLC, were Ohio citizens, and that MJZ Holdings, LLC, and KGBO Holdings, Inc., have already been determined to have been Ohio residents, the Court finds that, at the time of removal, Total Quality's citizenship was Ohio.

Based on the citizenship determinations made by the Court in its prior Order, (doc. 85), as well as in the present Order, the Court finds that complete diversity of citizenship existed at the time this case was removed. On remand, the Court has determined that Plaintiff Katia Gauthier, in both her capacity as administrator of Peter Gauthier's estate and her capacity as D.G. and N.G.'s parent and natural guardian, was a citizen of Georgia, (id. at p. 5); that Defendant Hard to Stop was a citizen of Florida, (id. at p. 6); and that Defendant Total Quality was a citizen of Ohio. None of the other Defendants (whose citizenship was sufficiently alleged in the Notice of Removal) were citizens of Georgia, (see doc. 85, p. 10 (reviewing the citizenships of the other Defendants, including one which was found to have been fraudulently joined)). Accordingly, the Court finds that the parties were completely diverse and, thus, diversity of citizenship existed at the time of removal.

---

[2] Total Quality's Notice of Filing refers to Kerry Byrne's brother as "Robert Kerry." (Doc. 86, p. 1.) The Court understands this to be an error and assumes his name to be Robert Byrne.

[3] For purposes of diversity jurisdiction, a natural person is a citizen of the state in which he or she is domiciled. See Travaglio v. Am. Exp. Co., 735 F.3d 1266, 1269 (11th Cir. 2013).

The Court **DIRECTS** the Clerk of Court to **CLOSE** this case, and to **CERTIFY AND SEND** the supplemented record, (docs. 78–86), to the United States Court of Appeals for the Eleventh Circuit, along with a copy of this Order on Remand.

**SO ORDERED**, this 27th day of September, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA